UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
APR 21 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

GIBBONS & COMPANY, INC. :
1536 Poplar Place :
McLean, Virginia 22101 :

    Plaintiff :

vs :       Case No.

ROSKAMP INSTITUTE :
2040 Whitfield Avenue :
Sarasota, Florida 24243 :

    Defendants :

CASE NUMBER 1:06CV00720
JUDGE: Emmet G. Sullivan
DECK TYPE: Contract
DATE STAMP: 04/21/2006

## COMPLAINT

Plaintiff, GIBBONS & COMPANY, INC., by its President, CLIFFORD S. GIBBONS, sues Defendants, ROSKAMP INSTITUTE (hereinafter Institute) for monies due and owing for services performed and as reasons therefore, state the following:

1. This Court has jurisdiction of this matter because the parties are diverse and Plaintiff's claim exceeds the jurisdictional requirement as set forth in 28 USC £1332.

2. Venue is appropriate in this Court because a substantial part of the events giving rise to this action occurred in the District of Columbia (28 USC £1391).

3. In March of 2004, an employee of the Institute in charge of development contacted Plaintiff and inquired if he would be interested in visiting the Institute and representing its interests in regard to federal funding for scientific research.

4. On April 6, 2004, Plaintiff visited the Institute, discussed with staff members and its founder, Robert G. Roskamp (hereinafter Roskamp) representing the Institute and executed a non-disclosure agreement.

1

5. On April 12, 2004, Plaintiff wrote to Roskamp and outlined how he would identify and secure federal funding for the Institute. Included with the letter was a representation agreement setting forth the services to be performed and the fees for said services.

6. During a telephone conversation on May 12, 2004, Roskamp agreed to have Plaintiff represent the Institute in its efforts to obtain federal funds for research.

7. On May 18, 2004, Plaintiff submitted to the House Subcommittee on Defense Appropriations of the Congress, a proposal for a Roskamp Neuroproteomics Center (hereinafter Center) at the Institute and a fiscal year 2005 request form for $2.5 million dollars to fund research by the Center at the Institute.

8. On July 30, 2004, Plaintiff was informed that the Institute would not receive funds for the Center in 2005, but that it would be a high priority for fiscal year 2006.

9. On January 11, 2005, Plaintiff met at the Institute with members of the staff and Roskamp to discuss plans for obtaining funds for the Center for fiscal year 2006. At that meeting, Roskamp told Plaintiff to continue his efforts to get federal funds for the Institute and directed a staff member to work out the details regarding fees for services performed.

10. On February 8, 2005, Plaintiff was informed by the Institute that it was going to focus on other projects, that they appreciated his efforts on behalf of the Institute, but would not need his services in 2005.

11. In December, 2005, $1.8 million dollars was appropriated for the Institute to fund research at the Center.

12. The proposal and request for funding submitted by the Institute for fiscal year 2006 was substantially the same proposal and request developed and submitted by Plaintiff for fiscal year 2005.

13. The representation agreement submitted by Plaintiff to Roskamp on April 12, 2004, included a fee of $15,000 per month plus expenses for services rendered on behalf of the Institute.

14. Gibbons performed services for the Institute from April 6, 2004 to February 8, 2005 for a total of $150,000 plus expenses of $1,160.97.

15. Plaintiff has made demand for payment in the amount of $151,160.97, but Defendant has refused to pay.

WHEREFORE, Plaintiff prays:

1. For judgment in the amount of $151,160.97 plus court costs,
2. For such other and further relief as this court may deem just and necessary.

*[signature]*
JOHN T. DURFEE, #194969
Attorney for Plaintiff
4901 Montgomery Lane
Bethesda, MD 20814
301-951-0940

### PLAINTIFF REQUESTS TRIAL BY JURY