CO-386
Rev. 10/03

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

FILED

APR 21 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Gibbons & Company, Inc

Plaintiff

v.

Roskamp Institute

Defendant

Civ

CASE NUMBER 1:06CV00720

JUDGE: Emmet G. Sullivan

DECK TYPE: Contract

DATE STAMP: 04/21/2006

### CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for __Gibbons & Company, Inc__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of _____, which have any outstanding securities in the hands of the public. _____

_____

_____

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

/s/ John F. Durfee
Signature

John F. Durfee
Print Name

194969
Bar Identification Number

4901 Montgomery La.
Address

Bethesda, MD 20816
City            State      Zip

301 951-0940
Telephone Number

2