UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GIBBONS & COMPANY, INC.<br>1455 Pennsylvania Ave., NW<br>Washington, DC 20004<br><br>          Plaintiff,<br><br>v.<br><br>ROSKAMP INSTITUTE<br>2040 Whitfield Avenue<br>Sarasota, FL 24243<br><br>          Defendants. | Civil Action No. 1: 06-CV-00720- EGS |

## ENTRY OF APPEARANCE

The clerk will please enter the appearance of Lynn E. Calkins, Cecily E. Baskir, and the law firm of Holland & Knight LLP on behalf of Defendant Roskamp Institute in the above-captioned matter.

Respectfully submitted,

By _____
Lynn E. Calkins (D.C. Bar No. 445854)
Cecily E. Baskir (D.C. Bar No. 485923)
HOLLAND & KNIGHT LLP
2099 Pennsylvania Avenue, N.W.
Suite 100
Washington, D.C. 20006
(202) 955-3000   Phone
(202) 955-5564   Fax

*Counsel for Roskamp Institute*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Entry of Appearance was served this 18th day of May, 2006 by first-class mail, postage prepaid, to

> John T. Durfee, Esq.
> 4901 Montgomery Lane
> Bethesda, MD 20814

*Cecily E. Baskir*
Cecily E. Baskir

# 3780958_v1