# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GIBBONS & COMPANY, INC.<br><br>Plaintiff,<br><br>v.<br><br>ROSKAMP INSTITUTE<br><br>Defendant. | Civil Action No. 1:06CV00720- EGS |

## DECLARATION OF MICHAEL MULLAN

I, Michael Mullan, declare as follows:

1. I am over the age of eighteen, and I have personal knowledge of the facts in this Declaration.

2. The Roskamp Institute (hereinafter "Institute") is a not-for-profit scientific research institution established and privately funded by Robert G. and Diane Roskamp. It is devoted to understanding causes and finding cures for neuropsychiatric and neurodegenerative disorders and addictions, with a primary focus on causes of and a cure for Alzheimer's disease.

3. I am the Director of the Roskamp Institute. I have worked at the Roskamp Institute for approximately three years. My duties as Director include final oversight of the programs, projects, grants, and contracts of the Institute.

4. The Institute is located in Sarasota, Florida and operates a memory clinic and clinical research offices in Tampa, Florida. All employees of the Institute work in Florida, and all of the Institute's documents and files are located in Florida.



5.  The Institute does not maintain any offices or have any employees in the District of Columbia. It is not qualified to do and does not do business in the District of Columbia. It has no registered agents for service of process in the District of Columbia and receives no mail in the District of Columbia. The Institute has no listings in any telephone or business directories in the District of Columbia and does not advertise in publications or electronic media whose principal audience is in the District of Columbia. The Institute has no bank accounts in the District of Columbia.

6.  In March of 2004, an Institute employee spoke with Clifford S. Gibbons, president of plaintiff Gibbons & Company, Inc., by telephone from the Institute's headquarters in Sarasota, Florida, about the possibility of Gibbons & Company representing the Institute's interests in its efforts to identify and secure new federal funding for scientific research.

7.  Mr. Gibbons traveled to the Institute in Sarasota, Florida, on three occasions to meet with Institute staff about the possibility of securing federal funding for the Institute.

8.  In May 2004, Dr. Fiona Crawford, Associate Director of Science at the Institute, and I traveled from Florida to Washington, D.C. to meet with congressional officials at the U.S. Congress about the possibility of obtaining federal funding for the Institute.

9.  No employee or agent of the Institute has traveled on any other occasion to Washington, D.C. to meet with Mr. Gibbons or for any Institute purpose.

10. Employees and agents of the Institute have engaged in only minimal communications with Mr. Gibbons by telephone or mail.

11. With respect to the acts allegedly giving rise to the claim in this case, the Institute has had no other contacts with the District of Columbia beyond those I have described herein.

12. To the best of my knowledge, most of the persons and documents relating to the Institute's relationship with Mr. Gibbons and its efforts to secure federal funding for new scientific research are located in Florida.

Pursuant to the requirements under 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 17, 2006

_____
Michael Mullan