UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GIBBONS & COMPANY, INC. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ROSKAMP INSTITUTE ) <br> ) <br> Defendant. ) | Civil Action No. 1:06-CV-00720-EGS |

## ORDER

Upon consideration of Defendant Roskamp Institute's Motion to Dismiss Plaintiff's Complaint and any opposition thereto, it is this ___ day of _____, 2006, by the United States District Court for the District of Columbia, ORDERED that

1. The relief requested in the Motion is hereby GRANTED.

2. The Complaint shall be DISMISSED.

3. The Clerk is directed to mail copies of this Order to all of the parties.

_____
Judge Emmet G. Sullivan

cc: Lynn E. Calkins, Esq.
Holland & Knight LLP
2099 Pennsylvania Ave., N.W.
Suite 100
Washington, D.C. 20006

John T. Durfee, Esq.
4901 Montgomery Lane
Bethesda, MD 20814