UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GIBBONS & COMPANY, INC.                )
1455 Pennsylvania Ave., NW             )
Washington, DC 20004                   )
                                       )   Civil Action No. 1:06-CV-00720-EGS
         Plaintiff                     )   Judge Emmet G. Sullivan
v.                                     )
                                       )
ROSKAMP INSTITUTE                      )
2040 Whitfield Avenue                  )
Sarasota, FL 24243                     )

### PLAINIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Plaintiff, GIBBONS & COMPANY, INC. (hereinafter Gibbons), by its attorney, JOHN T. DURFEE, in opposition to Defendant's, ROSKAMP INSTITUTE (hereinafter Institute), Motion to Dismiss Plaintiff's Complaint states the following:

1. Gibbons is a company incorporated in the District of Columbia since 1993. The business of the company is to represent the interests of their clients in regard to their relations with the U. S. Congress and the Executive Branch of the U. S. Government.

2. The Institute is a Florida foundation.

3. As stated in the declaration of Michael Mullen, an employee of the Institute, Carol Waters, invited Gibbons to come down to the Institute in Sarasota, Florida, to discuss how federal funding could be obtained for the Institute.

4. On May 12, 2004, the Institute, by its president and founder, Robert Roskamp, agreed to have Gibbons work to obtain funding from the U. S. Congress for the Institute.

5. On May 12, 2004, Gibbons filed with the Clerk of the House of Representatives and Secretary of the Senate, the registration form required by the Lobbying Disclosure Act of 1995,

1

that Gibbons was representing the Institute. Attached hereto as exhibit A is a copy of said registration.

6. Gibbons, between May 12 and May 18 of 2004, worked with staff members of Congress and the Department of Defense explaining and promoting the purpose of the Roskamp Neuroproteomics Center within the Institute and why federal funding was needed.

7. As stated in Mr. Mullen's declaration, he and Dr. Fiona Crawford, together with Gibbons, met on May 18, 2004 with Congressional officials about the possibility of obtaining funds for the Institute/Center.

8. On May 20, 2004, Gibbons prepared and submitted, a program request form for the Institute/Center to the House of Representatives Appropriations Committee, requesting $2.5 million dollars to fund research. On the same day, Gibbons submitted the proposal to the Department of Defense for their review and comment. Attached hereto as exhibit B is a copy of said request.

9. On July 30, 2004, Gibbons was informed that the Institute would not receive funding for the Institute/Center for 2005, but it would be a high priority in 2006.

10. On January 11, 2005, Gibbons met with senior members of the Institute/Center staff and Robert Roskamp to discuss plans to obtain funding from Congress in 2006.

11. On February 8, 2005, Gibbons was emailed by Peter Parsonson, executive coordinator at the Institute, that his services would not be needed in 2005. Attached hereto as exhibit C is a copy of said email.

## ARGUMENT

This court has jurisdiction because the parties are diverse and Gibbons' claim of $151,160.97 exceeds the jurisdictional requirement of 28 USC §1391.

Venue in this court is appropriate because the sole reason for the relationship between Gibbons and the Institute was to secure funding for the Institute/Center from the Congress. Parsonson's email of February 8, 2005 would lead one to believe that they had abandoned the attempt to get funding for the Center, but that was not true. $1.8 million dollars were appropriated by Congress for fiscal year 2006 for the Institute/Center based upon the proposal developed by Gibbons and which is the subject of this lawsuit.

## CONCLUSION

For the reasons set forth above and the affidavit of Clifford S. Gibbons herein, it is respectfully requested that the Defendant's Motion to Dismiss be denied.

_____
JOHN T. DURFEE, Bar No. 194969
4901 Montgomery Lane
Bethesda, Maryland
301-951-0940
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I CERTIFY that a copy of Plaintiff's Opposition to Defendant's Motion to Dismiss was mailed this 31st day of May, 2006, to Lynn C. Calkins, Esquire and Cecily E. Boshir, Esquire, at Suite 100, 2099 Pennsylvania Avenue, NW, Washington, DC 20006.

_____
JOHN T. DURFEE

3

16134-140-2004-05202004114814

| Clerk of the House of Representatives<br>Legislative Resource Center<br>B-106 Cannon Building<br>Washington, DC 20515 | Secretary of the Senate<br>Office of Public Records<br>232 Hart Building<br>Washington, DC 20510 |



PLAINTIFF'S EXHIBIT A

# LOBBYING REGISTRATION
## Lobbying Disclosure Act of 1995 (Section 4)

Check if this is an Amended Registration

1. Effective Date of Registration: 5/12/04

2. House Identification Number: 32409003

Senate Identification Number: 16134-140

**REGISTRANT**
3. Registrant Name: GIBBONS & CO
Address: PO BOX 1037
City: MCLEAN
State: VA Zip: 22101
Country: USA

4. Principal place of business (if different from line 3)
City:
State: DC Zip:
Country: USA

5. Telephone number and contact name:
(202) 783-6000
Contact:
CLIFFORD S. GIBBONS
E-mail (optional):
gibbons@gibbonsco.com

6. General description of registrant's business or activities:
Government Realtions Firm

**CLIENT**
A Lobbying firm is required to file a separate registration for each client. Organizations employing in-house lobbyists should check the box labeled "Self" and proceed to line 10.  ☐ Self

7. Client Name: ROSKAMP INSTITUTE
Address: 2040 WHITFIELD AVE
City: SARASOTA
State: FL Zip: 34243
Country: USA

8. Principal place of business (if different from line 7)
City:
State/Country: Zip:
Country: USA

9. General description of client's business or activities:
research foundation

**LOBBYISTS**

10. Name of each individual who has acted as a lobbyist for the client identified on line 7. If any person listed in this section has served as a "covered executive branch official" or "covered legislative branch official" within two years of first acting as a lobbyist for the client, *state the executive and/or legislative position(s) in which the person served.*

| Name | Covered Official Position (if applicable) |
|---|---|
| GIBBONS, CLIFFORD S. | N/A |
| GIBBONS, SAM M. | N/A |

**LOBBYING ISSUES**

11. General lobbying issue areas. Select all applicable codes listed in instructions and on the reverse side of Form LD-1, page 1.

BUD

12. Specific lobbying issues (current and anticipated):
FY 2005 Defense Appropriations

https://opr.senate.gov/cgi-win/ss_reg_viewer.exe

5-21-200-

## AFFILIATED ORGANIZATIONS

13. Is there an entity other than the client that contributes more than $10,000 to the lobbying activities of the registrant in a semiannual period and in whole or in major part plans, supervises or controls the registrant's lobbying activities?

X No -> Go to line 14.

Yes - Complete the rest of this section for each entity matching the criteria above, then proceed to line 14.

| Name | Address | Principal Place of Business (city and state or country) |
|---|---|---|
|  |  |  |
|  |  |  |

## FOREIGN ENTITIES

14. Is there any foreign entity that:

a) holds at least 20% equitable ownership in the client or any organization identified on line 13; or
b) directly or indirectly, in whole or in major part, plans, supervises, controls, directs, finances or subsidizes activities of the client or any organization identified on line 13; or
c) is an affiliate of the client or any organization identified on line 13 and has a direct interest in the outcome of the lobbying activity?

X No -> Sign and date the registration.

Yes - Complete the rest of this section for each entity matching the criteria above, then sign and date the registration.

| Name | Address | Principal Place of Business (city and state or country) | Amount of contributions for lobbying activities | Ownership percentage in client |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |

Signature: *Clifford S. Gibbons*
Printed Name: CLIFFORD S. GIBBONS
Date: 05/21/04
Title: PRESIDENT

# House Subcommittee on Defense Appropriations
# FY'05 Request Form (One Project/Program per page)



## Appropriations Account:

RDT&E __X__  Procurement _____  Personnel _____  O&M _____  Counter Drugs _____  Medical _____

Reserve Equipment _____  National Guard Equipment _____  Other _____

## Service:

Army __X__  Army Reserve _____  Navy _____  Navy Reserve _____  Marine Corps _____

Marine Corps Reserve _____  Air Force _____  Air Force Reserve _____  Intelligence _____

Army Guard _____  Air National Guard _____

## Name of Project:  Neuroproteomics Center

## Line Item Title:  Medical Advanced Technology

## Identification:  R-1/PE# __0603002A__  P-1/Line# __31__
(Intel Only)

## Program Description:
The mission of the Roskamp Neuroproteomic Center (RNC) is to increase the rate of scientific discovery by facilitating and enabling interaction and collaboration with its leading scientists and those working at the Advanced Medical Technology Program at Ft. Detrick, MD and The Defense and Veterans Head Injury Program at Walter Reed Medical Center. It will accelerate translational research and enhance improved diagnostics and therapies for brain pathologies.
This research center at the Roskamp Institute will complement other participating groups by recognizing emerging neuroscientific health issues, and will maintain a strong focus on the efficient use and leveraging of the Department of Defense's advanced medical resources.

## Sub-Activity Group: (Required for Personnel, and O&M )

## Budget Amount:

## FY' 04 Appropriated Amount: (if applicable) not applicable

## Your request: $2,500,000.00

## Bill and/or Report Language: (Only required if part of overall request – please keep length to an absolute minimum)

From:     Peter Parsonson [pparsonson@rfdn.org]
Sent:     Tuesday, February 08, 2005 10:08 AM
To:       gibbons@gibbonsco.com
Subject:  Follow Up regarding Federal Funding

**PLAINTIFF'S EXHIBIT C**

Dear Cliff,

We are planning to focus our resources both this year and next on further development of treatments for Alzheimer's Disease and projects that we have already funded and ongoing. We appreciate your time and help with this whole process, but at this time we are planning to focus our time and resources in other areas and do not anticipate requiring a strategic government affairs counsel this year. This decision has been a very difficult one to come to, but it has been one that we have made to further our business and get the most efficient use out of our resources. However, if things should change, we will contact you immediately to discuss and see what options are available.

Best regards,

Peter

—

Peter S. Parsonson
Executive Coordinator
The Roskamp Institute
2040 Whitfield Avenue
Sarasota, FL 34243
Tel: 941-752-2949
Fax: 941-752-2948
www.rfdn.org
PParsonson@rfdn.org

This email is intended solely for the use of the individual to whom it is addressed and may contain information that is privileged, confidential or otherwise exempt from disclosure under applicable law. If the reader of this email is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and return the original message to us at the listed email address. Thank You.

2/24/2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GIBBONS & COMPANY, INC.        )
                               )   Civil Action No. 1:06-CV-00720-EGS
        Plaintiff              )   Judge Emmet G. Sullivan
v.                             )
                               )
ROSKAMP INSTITUTE              )

## DECLARATION OF CLIFFORD S. GIBBONS

CLIFFORD S. GIBBONS declares as follows:

1. I am over the age of 18 and I have personal knowledge of the following facts.

2. I am the President of Gibbons & Company, Inc., founded and incorporated in the District of Columbia in 1993.

3. On May 12, 2004, the Defendant's founder and president asked me to work to obtain federal funds from the U. S. Congress and on that date, I filed with the House of Representatives and Senate the registration form (Exhibit A in our Opposition) that Gibbons & Company has represents the Roskamp Institute.

4. Contrary to Mr. Mullen's statement in paragraph 10 of his declaration, there were from April 7, 2004 to February 8, 2005, between 50 and 75 emails and more than 75 telephone calls between Plaintiff and Defendant.

5. From May 12, 2004 to February 8, 2005, I had numerous meetings and communication with members of Congress, their staffs and employees of the Department of Defense.

6. I developed the proposal for funding the Roskamp Institute/Neuroproteomics Center and identified where in the budget the funds could be appropriated from.

7. Contrary to Mr. Mullen's statement in paragraph 12 of his declaration, I communicated with Robert Roskamp and five of his employees in Florida, but I developed all of the documentation presented to Congress and communicated with at least 25 people in Congress and the Department of Defense regarding this matter.

8. The great bulk of the work to obtain funding for the Institute/Center was done here in Washington, D.C. – that's where the money is.

Pursuant to the requirements of 28USC 1746, I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

May 31, 2006

_____
CLIFFORD S. GIBBONS

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GIBBONS & COMPANY, INC.<br>1455 Pennsylvania Ave., NW<br>Washington, DC 20004<br><br>        Plaintiff<br>v.<br><br>ROSKAMP INSTITUTE<br>2040 Whitfield Avenue<br>Sarasota, FL 24243 | )<br>)<br>)<br>)   Civil Action No. 1:06-CV-00720-EGS<br>)<br>)<br>)<br>)<br>)<br>) |

### ORDER

Upon consideration of Defendant Roskamp Institute's Motion to Dismiss Plaintiff's Complaint and the opposition thereto, it is this _____ day of _____, 2006, by the United States District Court for the District of Columbia,

**ORDERED** that,

1. The relief requested in the Motion is hereby DENIED.
2. The Clerk is directed to mail copies of this Order to all of the parties.

_____
Judge EMMET G. SULLIVAN

cc:  Lynn C. Calkins, Esq.
     Holland & Knight LLP
     Suite 100
     2099 Pennsylvania Avenue, NW
     Washington, DC 20006

     John T. Durfee, Esq.
     4901 Montgomery Lane
     Bethesda, MD 20814