UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GIBBONS & COMPANY, INC.<br>1455 Pennsylvania Ave., NW<br>Washington, DC 20004<br><br>　　　　Plaintiff,<br><br>v.<br><br>ROSKAMP INSTITUTE<br>2040 Whitfield Avenue<br>Sarasota, FL 24243<br><br>　　　　Defendant. | Civil Action No. 1:06-CV-00720-EGS |

### JOINT MOTION TO EXTEND DEADLINES

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, the parties respectfully move to extend for sixty (60) days the current deadlines in the above-captioned matter, including the deadline to comply with Federal Rule 26(f) and Local Civil Rule (LCvR) 16.3.

The parties state the following in support of their motion:

1. Roskamp Institute appeared in this matter on May 18, 2006, and at that time filed a Motion to Dismiss Plaintiff's Complaint for lack of personal jurisdiction and improper venue. The Court has not yet ruled on the Motion to Dismiss, and Roskamp Institute has not filed an Answer to the Complaint.

2. Pursuant to Federal Rules 16(b) and 26(f) and LCvR 16.3, the parties are currently required to meet and confer about discovery no later than July 26, 2006, and to file a joint written report to the Court no later than August 9, 2006. Pursuant to Federal Rule 16(b), the Court is due to issue a scheduling order no later than August 16, 2006.

3. Because of the pending challenges to personal jurisdiction and venue in this matter, and because no Answer has yet been filed, the parties believe that a sixty-day extension of the deadlines to comply with Federal Rules 26(f) and 16(b) and LCvR 16.3 would permit them to engage in more meaningful discussions and planning for discovery and would be the most efficient use of this Court's and the parties' resources.

4. With a sixty-day extension, the new deadline for the parties to meet and confer pursuant to Federal Rule 26(f) and LCvR 16.3 would be September 25, 2006, and the deadline to file a joint written report would be October 9, 2006. The written report would then be followed by a Federal Rule 16(b) scheduling conference.

5. The parties do not anticipate that this extension will cause any inconvenience to the Court, especially as no scheduling orders have yet been issued in this case.

WHEREFORE, the parties respectfully request that the Court grant their joint motion and issue an Order as follows:

1. The parties will meet and confer pursuant to Federal Rule 26(f) and LCvR 16.3 on or before September 25, 2006, and

2. The parties will file a joint report pursuant to LCvR 16.3 on or before October 9, 2006.

Respectfully submitted,

_____/s/_____
John T. Durfee (D.C. Bar No.194969)
4901 Montgomery Lane
Bethesda, MD 20814
(301) 951-0940 Phone
(301) 951-0201 Fax

*Counsel for Plaintiff Gibbons & Co.*

_____/s/_____
Lynn E. Calkins (D.C. Bar No. 445854)
Cecily E. Baskir (D.C. Bar No. 485923)
HOLLAND & KNIGHT LLP
2099 Pennsylvania Avenue, N.W.
Suite 100
Washington, D.C. 20006
(202) 955-3000   Phone
(202) 955-5564   Fax

*Counsel for Defendant Roskamp Institute*