UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GIBBONS & COMPANY, INC. | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:06-CV-00720-EGS |
| ROSKAMP INSTITUTE | ) |
| Defendant. | ) |

## ORDER

This matter is before the Court on the parties' Joint Motion to Extend Deadlines to comply with the requirements of Federal Rules 26(f) and 16(b) and Local Civil Rule (LCvR) 16.3. Upon consideration of the joint motion and for good cause shown, it is this ___ day of _____, 2006, hereby ordered that:

1. The Joint Motion to Extend Deadlines should be and hereby is GRANTED;

2. The parties shall have to and including September 25, 2006, within which to meet and confer pursuant to Federal Rule 26(f) and LCvR 16.3; and

3. The parties shall have to and including October 9, 2006, within which to file their joint report to the Court pursuant to LCvR 16.3.

SO ORDERED.

_____
Judge Emmet G. Sullivan

cc: Lynn E. Calkins, Esq.
Holland & Knight LLP
2099 Pennsylvania Ave., N.W.
Suite 100
Washington, D.C. 20006

John T. Durfee, Esq.
4901 Montgomery Lane
Bethesda, MD 20814