**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
_____
                               )
GIBBONS & COMPANY INC.         )
                               )
          Plaintiff,           )
                               )
                               )   Civ. No. 06-720 (EGS)
     v.                        )
                               )
ROSKAMP INSTITUTE              )
          Defendant.           )
_____)
```

**O R D E R**

Upon consideration of defendant's motion to dismiss plaintiff's complaint based on lack of personal jurisdiction and improper venue, and for the reasons stated in the accompanying Memorandum Opinion, it is by the Court hereby

**ORDERED** that the motion is **GRANTED**; and it is

**FURTHER ORDERED** that the Clerk's Office shall immediately transfer the record in this case to the Middle District of Florida, consistent with terms of the Court's August 28, 2006 Memorandum Opinion.

**Signed:    Emmet G. Sullivan**
**United States District Court**
**August 28, 2006**