UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GIBBONS & COMPANY, INC.<br>1455 Pennsylvania Ave., NW<br>Washington, DC 20004<br><br>    Plaintiff,<br><br>    v.<br><br>ROSKAMP INSTITUTE<br>2040 Whitfield Avenue<br>Sarasota, FL 24243<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:06-CV-00720-EGS<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CONSENT MOTION FOR EXTENSION OF TIME
TO FILE RESPONSIVE PLEADING**

Pursuant to Rules 6(b) and 12(a)(4) of the Federal Rules of Civil Procedure, Defendant Roskamp Institute (the "Institute") respectively moves to extend the time to file a responsive pleading in this action until ten (10) days after the above-captioned proceeding has been assigned a new case number by the appropriate division of the United States District Court for the Middle District of Florida.

The Institute states the following in support of its motion:

1. On August 28, 2006, the Court issued a Memorandum Opinion and Order ruling that venue for this action is not proper in the District of Columbia and that the Plaintiff failed to show that this Court has personal jurisdiction over the Institute. The Court did not dismiss the action but ordered that the case be transferred to the United States District Court for the Middle District of Florida.

2. As of September 12, 2006, the case has not yet been officially transferred to the Middle District of Florida, and no new case number has yet been assigned.

3. To ensure that the Institute's responsive pleading is properly filed in the United States District Court for the Middle District of Florida and to avoid any waiver of the Institute's personal jurisdiction arguments in this Court, the Institute requests that the 10-day time period for filing a responsive pleading pursuant to Rule 12(a)(4) begin to run upon notice to the parties that a new case number has been assigned by the appropriate division of the United States District Court for the Middle District of Florida.

4. Plaintiff consents to the requested relief.

WHEREFORE, Defendant Roskamp Institute respectfully requests that the Court grant its consent motion.

Respectfully submitted,

_____/s/_____
Lynn E. Calkins (D.C. Bar No. 445854)
Cecily E. Baskir (D.C. Bar No. 485923)
HOLLAND & KNIGHT LLP
2099 Pennsylvania Avenue, N.W.
Suite 100
Washington, D.C. 20006
(202) 955-3000  Phone
(202) 955-5564  Fax

*Counsel for Defendant Roskamp Institute*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Consent Motion for Extension of Time to File Responsive Pleading was served this 12th day of September, 2006 by first-class mail, postage prepaid, to

        John T. Durfee, Esq.
        4901 Montgomery Lane
        Bethesda, MD 20814

_____
Cecily E. Baskir

# 4038168_v2