UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GIBBONS & COMPANY, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ROSKAMP INSTITUTE )<br>)<br>Defendant. )<br>) | Civil Action No. 1:06-CV-00720-EGS |

### ORDER

This matter is before the Court on Defendant Roskamp Institute's Consent Motion for Extension of Time to File Responsive Pleading. Upon consideration of the consent motion and for good cause shown, it is this ___ day of _____, 2006, hereby ordered that the motion should be and hereby is GRANTED.

SO ORDERED.

_____
Judge Emmet G. Sullivan

cc: Lynn E. Calkins, Esq.
Holland & Knight LLP
2099 Pennsylvania Ave., N.W.
Suite 100
Washington, D.C. 20006

John T. Durfee, Esq.
4901 Montgomery Lane
Bethesda, MD 20814